1 │ Taras P. Kick (State Bar No. 143379)
  │ e-mail: taras@kicklawfirm.com
2 │ Graig R. Woodburn (State Bar No. 134097)
  │ e-mail: graig@kicklawfirm.com
3 │ Matthew E. Hess (State Bar No. 214732)
  │ e-mail: matthew@kicklawfirm.com
4 │ Thomas A. Segal (State Bar No. 222791)
  │ e-mail: thomas@kicklawfirm.com
5 │ **THE KICK LAW FIRM, APC**
  │ 900 Wilshire Boulevard, Suite 230
6 │ Los Angeles, California 90017
  │ Telephone:   (213) 624-1588
7 │ Facsimile:   (213) 624-1589

8 │ Counsel for Plaintiff BENJAMIN BERGER

$JS-6$

9

10 │ **UNITED STATES DISTRICT COURT**

11 │ **FOR THE CENTRAL DISTRICT OF CALIFORNIA,**

12 │ **SOUTHERN DISTRICT**

13 │ BENJAMIN BERGER, individually    **CASE NO. SA CV10-00678 SJO (PJWx)**
   │ and on behalf of all others similarly
14 │ situated and the general public,

15 │            Plaintiff,             ~~PROPOSED~~ **ORDER RE VOLUNTARY DISMISSAL**

16
   │ vs.
17

18 │ THE HOME DEPOT USA INC., a
   │ Delaware Corporation, dba The Home
19 │ Depot and Does 1 through 50,
   │ inclusive,
20

21 │            Defendants.

22
23
24
25
26
27
28

1    GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT :

2    The case is dismissed with prejudice pursuant to Federal Rule of Civil

3    Procedure 41(a)(2).

4

5    Dated:_____3/22/11_____      _____S J OJ_____

6                                     The Honorable S. James Otero

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28